Order entered October 9, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00476-CR
No. 05-12-00477-CR

**JOSEPH MANUEL MEISENBACH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-83078-2011, 401-83079-2011**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Doris E. Berry to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Ms. Berry to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **JANUARY 4, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court, and to Doris E. Berry.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Joseph Manuel Meisenbach, TDCJ No. 1778525, Gurney Unit, 1385 F.M. 3328, Palestine, TX 75803.

DAVID L. BRIDGES
JUSTICE